State v. Lawler.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

(1) There being no bill of exceptions filed in this case, the indictment being in legal form and the record appearing regular on its face, the judgment of the lower court should be affirmed.

---

THE STATE v. LAWLER, *Appellant.*

Division Two, June 8, 1897.

**Appellate Practice.** The indictment being in proper form, the record proper free from error, and no bill of exceptions having been filed in this court, the judgment will be affirmed.

*Appeal from St. Louis Criminal Court.*—HON. THOMAS B. HARVEY, Judge.

AFFIRMED.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

(1) There being no bill of exceptions filed in the case, the indictment being in the proper form and the

record regular on its face, the judgment of the lower court should be affirmed.

BURGESS, J.—At the May term, 1896, of the St. Louis Criminal Court, defendant was indicted by the grand jury of said city and charged with robbery in the first degree. On the first day of June next thereafter he was put upon his trial in said court, found guilty as charged, and his punishment fixed at five years' imprisonment in the State penitentiary. From the judgment and sentence he appeals.

Defendant is not represented in this court, nor was there any bill of exceptions filed in the case. The indictment is in proper form, and the record, in all respects, free from error. The judgment is affirmed. GANTT, P. J., and SHERWOOD, J., concur.